WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
LUMBER LIQUIDATORS, INC.,
LUMBER LIQUIDATORS
LEASING, LLC, LUMBER
LIQUIDATORS HOLDINGS, INC.,
and LUMBER LIQUIDATORS
SERVICES, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERVE LEVY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation; LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation; LUMBER LIQUIDATORS HOLDINGS, INC., a Delaware Corporation; LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.   3:15-cv-00596-JAH-WVG<br><br>**NOTICE OF RULINGS BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION PURSUANT TO 28 U.S.C. § 1407**<br><br>*Assigned to Hon. John A. Houston and Magistrate William V. Gallo*<br><br>Ctrm: 13B |

NOTICE OF RULING

sf-3547663

1   Pursuant to the Court's April 13, 2015 order staying this action pending a decision by the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Lumber Liquidators, Inc., Lumber Liquidators Leasing, LLC, Lumber Liquidators Services, LLC, and Lumber Liquidators Holdings, Inc. hereby notify the Court that on June 12, 2015 and June 16, 2015, pursuant to 28 U.S.C. § 1407, the Panel issued transfer orders in *In Re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation* ("MDL"), MDL No. 2627.

As set forth in the June 12 order, a copy of which is attached hereto as Exhibit A, the Panel has determined that the ten actions noticed in the original motion should be transferred to the Eastern District of Virginia and assigned to the Honorable Anthony J. Trenga for coordinated or consolidated pretrial proceedings in that district. On June 16, the Panel issued a Conditional Transfer Order ("CTO"), pursuant to Rule 7.1 of the Panel Rules, transferring 110 related actions, including this one, as tag-along cases. The order is attached as Exhibit B. The CTO will take effect upon transmittal of the order to the Eastern District of Virginia. The Panel stayed transmittal of the CTO for seven days to permit the parties an opportunity to object to the order.

The above-captioned proceeding is among the tag-along actions included in the CTO. Defendants will inform the Court as soon as the transfer of this action is complete.

NOTICE OF RULING              1
sf-3547663

<div style="text-align: right;">Respectfully submitted,</div>

Dated:   June 18, 2015        MORRISON & FOERSTER LLP

By:   */s/ William L. Stern*
<div style="margin-left: 2em;">William L. Stern</div>

Attorneys for Defendants
LUMBER LIQUIDATORS, INC.,
LUMBER LIQUIDATORS
LEASING, LLC, LUMBER
LIQUIDATORS HOLDINGS,
INC., and LUMBER
LIQUIDATORS SERVICES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2015, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Dated: June 18, 2015        By:   */s/ William L. Stern*
<div style="margin-left: 2em;">William L. Stern</div>

NOTICE OF RULING                2

sf-3547663